LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY C. SPURLOCK, | Case No. 2:18-cv-01266-GMN-GWF |
| Plaintiff, | |
| v. | |
| CITY OF NORTH LAS VEGAS, | **STIPULATION TO STAY**<br>**(First Request)** |
| Defendant. | |

IT IS HEREBY AGREED AND STIPULATED between the parties and undersigned counsel that the above entitled action be stayed for 90 days, including the deadline for compliance with F.R.C.P. 26(f). The reason for the requested stay is that the City of North Las Vegas, and Teamsters Local 14 which represents Kim Spurlock in connection with her employment with the City, are scheduled to go to arbitration on December 5 and 6, 2018 under the collective bargaining agreement between the City and Local 14, in connection with the same allegations giving rise to her individual Complaint filed with this Court. As labor arbitrators customarily request briefs within 30 days of the arbitration hearing, and take approximately 30 days to render a decision after receipt of the post-arbitration briefs, a decision in the arbitration should issue in the early part of February 2019. The

1

outcome of that arbitration may have a significant, or outcome determinative, impact as to whether or not this action will go forward.

IT IS FURTHER STIPULATED THAT the Early Neutral Evaluation set for January 4, 2019 at 8:30 a.m. be continued to the next date convenient to the Court after the stay is lifted.

DATED this 5th day of November, 2016.                    DATED this 5th day of November, 2016.

LAW OFFICE OF DANIEL MARKS                    CITY ATTORNEY OF NORTH LAS VEGAS

*s /Adam Levine, Esq.*                    *s/Andrew Moore, Esq.*
DANIEL MARKS, ESQ.                    ANDREW D. MOORE, ESQ.
Nevada State Bar No. 002003                    Deputy City Attorney
office@danielmarks.net                    Nevada State Bar No. 009128
ADAM LEVINE, ESQ.                    2250 Las Vegas Blvd., North, Suite 810
Nevada State Bar No. 004673                    North Las Vegas, Nevada 89030
alevine@danielmarks.net                    *Attorney for Defendant*
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

### **ORDER**

Based upon the above and foregoing, it is so ORDERED.

DATED this __7th__ day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE