LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536: FAX (702) 386-6812
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY C. SPURLOCK, | Case No. 2:18-cv-01266-GMN-GWF |
| Plaintiff, | |
| v. | |
| CITY OF NORTH LAS VEGAS, | **STIPULATION TO DISMISS WITH PREJUDICE** |
| Defendant. | |

IT IS HEREBY AGREED AND STIPULATED between the parties and undersigned counsel that the above entitled action be dismissed with prejudice.

///

///

///

///

///

///

1

IT IS FURTHER STIPULATED AND AGREED that each party shall bear their own attorney's fees and costs.

DATED this 23rd day of January, 2019.

LAW OFFICE OF DANIEL MARKS

 s /Adam Levine, Esq.                    .
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

DATED this 23rd day of January, 2019.

CITY ATTORNEY OF NORTH LAS VEGAS

 s/Andrew Moore, Esq.                   .
ANDREW D. MOORE, ESQ.
Deputy City Attorney
Nevada State Bar No. 009128
moorea@cityofnorthlasvegas.com
2250 Las Vegas Blvd., North, Suite 810
North Las Vegas, Nevada 89030
*Attorney for Defendant*

**ORDER**

**IT IS SO ORDERED.**

DATED this __23__ day of January, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT